## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

In re:                                              Case No. **04-13625-JPH**

**WALTON, WENDEL**                                  Chapter 7
**WALTON, CHIQUITA R.**

                                                     Judge: **Hopkins**

Debtor(s).

### NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $8501.74 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Bonded Collections<br>6906 Plainfield Road<br>Cincinnati, Ohio 45236 | 24 | 440.05 |
| CBT Credit Services<br>Suite 601<br>644 Linn Street<br>Cincinnati, Ohio 45203-1790 | 23 | 550.06 |
| Michael P. Margelefsky<br>709 Madison Ave, Suite 302<br>Toledo, Ohio 43624 | 22 | 80.31 |
| Credit Protection Association<br>13355 Noel Road<br>Dallas, Tx. 75240 | 21 | 206.82 |
| Advanced Receivable Solutions Inc.<br>P.O. Box 15000<br>Wilmington, De. 19850 | 20 | 3300.37 |
| Member Service Center<br>P.O. Box 6375<br>Indianapolis, Ind. 46206-6375 | 19 | 29.70 |
| Mount Airy FPC<br>P.O. Box 640737<br>Cincinnati, Ohio 45264 | 11 | 154.02 |
| Moores Fitness<br>P.O. Box 751023<br>Dayton, Ohio 45475-1023 | 10 | 3300.37 |
| Credit Protection<br>14001 N. Dallas Parkway | 7 | 220.02 |

Dallas, Tx. 75240

| | | |
|---|---|---|
| CBT Credit Services<br>Suite 601<br>644 Linn Street<br>Cincinnati, Ohio 45203-1790 | 5 | 110.01 |
| | 4 | |
| Architect & Designer<br>P.O. Box 60<br>Camp Hill, Pa. 17012-6307 | | 29.70 |
| Alliance One<br>Suite 601, 644 Linn Street<br>Cincinnati, Ohio 45203 | 3 | 80.31 |

Dated:   10/27/11                           Harold Jarnicki
                                            Case Trustee


Cc:    U.S. Trustee
       Creditor